AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

V.

DEBRA BOUYER
80 PARK AVENUE
WORCESTER, MA

**CRIMINAL COMPLAINT**

CASE NUMBER: 03M - 1138 - JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 03/07/1998 through 04/2002 in Worcester county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) embezzle, steal, purloin or knowingly convert to her own use money of the United States, to wit: approximately $33,657.00 in Social Security Mother's Insurance Benefits,

In violation of Title 18 United States Code, Section(s) 641.

I further state that I am a(n) Special Agent, OI/OIG/SSA and that this complaint is based on the following
                                    Official Title
facts:

See attached affidavit of Special Agent Jason Donnelly

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

10-17-2003                    at           Boston, Massachusetts
Date                                       City and State

Judith Gail Dein
U.S. Magistrate Judge
Name & Title of Judicial Officer            Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.