⚔AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____   DISTRICT OF   _____

United States of America

v.

Debra Bouyer

**APPEARANCE**

Case Number: 03m-113-JGD

To the Clerk of this court and all parties of record:

Enter my _limited_ appearance as counsel in this case for Debra Bouyer

Nov. 6, 2003
Date

_C. Clarissa_ (signature)
Signature

A. Clarissa Johnson (BBO 649754)
Print Name

71 Pleasant Street
Address

Worcester   MA   01608
City         State   Zip Code

508-756-1115
Phone Number