UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS
Criminal No. 03m-1138-JGD

UNITED STATES OF AMERICA

v.

DEBRA BOUYER

## MOTION TO CONTINUE

Now comes the defendant, Debra Bouyer, and requests that this Honorable Court continue this matter for the following reasons:

1. Attorney A. Clarissa Johnson entered a temporary appearance on behalf of the Defendant, Debra Bouyer.

2. Attorney Johnson is withdrawing from the matter with consent of the Defendant.

3. Ms. Bouyer seeks representation of counsel.

Wherefore, the Defendant requests that this court grant the continuance.

DEBRA BOUYER
By His Attorney

A. Clarissa Johnson
BBO #649759
71 Pleasant Street
Worcester, MA 01608
Telephone:  (508) 756-1115
Fax:        (508) 756-1116

*[Handwritten margin note:] 11/20/03 Allowed. Hearing continued to 12/4/03 at 10:00AM  Judith Gail Dein, USMJ*

**CERTIFICATE OF SERVICE**

I, A. CLARISSA JOHNSON, Esq., certify that on, I served the within MOTION TO CONTINUE on DON CABELL by in-hand service at United States District Court, 1 Courthouse Way, Suite 9200, Boston, MA

Signed under the pains and penalties of perjury this 20th day of November 2003.

A. Clarissa Johnson, Esq.