UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS
Criminal No. 03M-1138-JGD

UNITED STATES OF AMERICA

v.

DEBRA BOUYER

## MOTION TO WITHDRAW

Now comes, Defendant's counsel, A. Clarissa Johnson, and requests that this Honorable Court grant her permission to withdraw from the above stated matter for the following reasons:

1. Counsel entered a temporary appearance on November 6, 2003.

2. The Defendant consents to the withdrawal.

For the above reasons, I requested that this Court allow me to withdraw from the above this matter.

DEBRA BOUYER
By His Attorney

A. Clarissa Johnson
BBO #649759
71 Pleasant Street
Worcester, MA 01608
Telephone:  (508) 756-1115
Fax:        (508) 756-1116

*11/20/03 Allowed. Judith Gail Dein, USMJ*

## CERTIFICATE OF SERVICE

I, A. CLARISSA JOHNSON, Esq., certify that, I served the within MOTION TO WITHDRAW on DON CABEL by in-hand service at the United States District Court, 1 Courthouse Way, Suite 9200, Boston, MA

Signed under the pains and penalties of perjury this 21st day of November 2003.

                                                A. Clarissa Johnson, Esq.