UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2003 DEC -4 P 4: 37
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) MAGISTRATE NO. 03-M-1138 JGD |
| DEBRA BOUYER | ) |

DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE
PRELIMINARY EXAMINATION

Defendant, with the assent of the government, respectfully moves this Court to continue the preliminary examination in this matter to December 17, 2003 at 10:45.

As grounds for this motion, undersigned counsel, who is successor counsel, still needs to meet with defendant and conduct an initial interview in order to be prepared for the preliminary exam.

Defendant waives her right under Fed.R.Crim.P. 5(c) that a preliminary examination be held within twenty days of her initial appearance.

DEBRA BOUYER
By her attorney,

/s/ J. Martin Richey
J. Martin Richey
BBO# 559902
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA 02210
Tel: 617-223-8061

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon Assistant United States Attorney Donald L. Cabell by delivery on 12/4/03

/s/ J. Martin Richey
J. Martin Richey