UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:03CR40038-NM( |
| v. | ) ) | VIOLATIONS: |
| DEBRA BOUYER | ) ) ) | 18 U.S.C. § 641 -- Theft of Government Property |

INDICTMENT

COUNT ONE:   (18 U.S.C. § 641 -- Theft of Government Property)

The Grand Jury charges that:

From on or about March 7, 1998, through April of 2002, at Worcester, in the District of Massachusetts,

DEBRA BOUYER,

defendant herein, pursuant to a common scheme and plan, embezzled, stole, purloined and knowingly converted to her own use, money totaling approximately $33,657.00 belonging to the United States and a department and agency thereof, to wit: Social Security benefits to which she was not entitled.

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
DONALD L. CABELL
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS        12:46 pm,   Dec. 10, 2003

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk