UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
03-40038-NMG

UNITED STATES OF AMERICA

v.

DEBRA BOUYER

**FURTHER ORDER ON EXCLUDABLE TIME**

January 27, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 27, 2004 through March 2, 2004,

that being the period between the Initial Status Conference and the Final Status Conference.

Based upon the prior order of this court dated December 16, 2003 and this order, as of March 2, 2004 there will be fourteen (14) days of non-excludable time under the Speedy Trial Act and fifty-six (56) days remaining under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge