SCANNED
DATE: 2.2.04
BY: [signature]

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR. NO. 03-~~10376-DPW~~ |
| v. | ) 03-40038-NMG |
| DEBRA BOUYER | ) |

## JOINT MEMORANDUM
## PURSUANT TO LOCAL RULE 116.5(A)

Pursuant to Local Rule 116.5(A), the United States and Defendant Debra Bouyer (collectively, the "parties") state as follows:

(1) The parties do not seek relief from the applicable timing requirements imposed by L.R. 116.3.

(2) The government does not anticipate that it would call any expert witnesses were the case to go to trial. To the extent the possibility exists, the defendant requests discovery concerning expert witnesses. The parties propose that the government be required to disclose such discovery 30 days prior to trial, and that the defendant be required to provide reciprocal discovery 14 days prior to trial.

(3) The government anticipates providing additional discovery.

(4) The defendant is unsure but believes it is probable he will file one or more dispositive motions, and therefore requests that a motion date for filing such pretrial motions be established under Fed. R. Crim. P. 12(c).

(5) The parties propose that the Court enter an order

excluding the 28-day time period following the defendant's arraignment, as well as the time period from the initial to the final status conference.

(6) At present, the parties are unsure whether the case will go to trial, but estimate a trial would last approximately two to three days.

(7) The parties propose that the Court convene a final status conference in early March, 2004.

| | |
|---|---|
| DEBRA BOUYER<br>By Her Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Martin Richey<br>MARTIN S. RICHEY, ESQ.<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd floor<br>Boston, MA 02210<br>(617) 223-8061 | By: /s/ Donald Cabell<br>DONALD L. CABELL<br>Assistant U.S. Attorney<br>U.S. Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(617) 748-3105 |

January 27, 2004