UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10376-DPW |
| | ) | |
| DEBRA BOUYER | ) | |

JOINT MOTION TO CONTINUE
FINAL STATUS CONFERENCE, AND TO EXCLUDE TIME

The parties jointly move this Court to continue the final status conference in this case (currently scheduled for March 2, 2004) for approximately 30 days.

As grounds for this motion, the parties are attempting to resolve this matter short of trial, and need the time requested herein to conclude their negotiations.

The parties further jointly move to exclude, in the interests of justice, the period between March 2, 2004 and the date upon which the final status conference is rescheduled. 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

DEBRA BOUYER
By her Attorney

MICHAEL J. SULLIVAN
United States Attorney

/s/ Martin Richey
J. Martin Richey
  B.B.O. # 559902
Federal Defender Office
408 Atlantic Ave., 3rd. floor
Boston, MA  02210
Tel: 617-223-8061

By: /s/ Donald L. Cabell (JMR)
Donald L. Cabell
Assistant U.S. Attorney

Dated: March 1, 2004