UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
03-40038-NMG

UNITED STATES OF AMERICA

v.

DEBRA BOUYER

**FURTHER ORDER ON EXCLUDABLE TIME**

March 4, 2004

DEIN, M.J.

A Final Status Conference was scheduled before this Court on for March 2, 2004. The parties jointly requested a continuance due in order to continue negotiations to determine whether the case can be resolved short of trial. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 2, 2004 - April 7 , 2004

that being the time between the Final Status Conference as originally scheduled and the rescheduled Final Status Conference.

**The Final Status Conference has been rescheduled for April 7, 2004 at 10:00 a.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods**

of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge