UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DEBRA BOUYER )<br>) | CRIMINAL NO. 03-40038-NMG |

### DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE FINAL STATUS CONFERENCE, AND TO EXCLUDE TIME

Defendant respectfully moves this Court to continue the final status conference in this case, currently scheduled for April 7, 2004.

As grounds for this motion, undersigned counsel will be on vacation the week of April 5, 2004, and unable to attend the conference. Moreover, the parties have been engaged in plea negotiations, and expect to be able to reach a final agreement if granted a brief additional period of time.

Defendant further moves to exclude, in the interests of justice, the period between April 7, 2004 and the date upon which the final status conference is rescheduled. 18 U.S.C. § 3161(h)(8)(A).

Assistant U.S. Attorney Donald L. Cabell assents to this motion.

>DEBRA BOUYER
>By her attorney,
>
>*/s/ J. Martin Richey*
>J. Martin Richey
>BBO# 559902
>Federal Defender Office
>408 Atlantic Ave., 3rd Floor
>Boston, MA 02210
>Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney Donald L. Cabell by delivery onApril 2, 2004.

*/s/ J. Martin Richey*
J. Martin Richey