```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DEBRA BOUYER | ) CR. NO. 03-40038-NMG |
| | ) |

### JOINT MEMORANDUM
### PURSUANT TO LOCAL RULE 116.5(C)

Pursuant to Local Rule 116.5(C), the United States and Defendant Debra Bouyer (collectively, the "parties") state as follows:

(1) There are no outstanding discovery issues.

(2) Discovery is complete.

(3) The defendant intends to enter a change of plea at the earliest practicable date and therefore does not intend to raise a defense of insanity or public authority.

(4) The defendant does not intend to offer an alibi.

(5) The defendant does not intend to file any dispositive motions.

(6) As the defendant intends to enter a change of plea, no briefing schedule needs to be set.

(7) As noted above, the defendant intends to enter a change of plea.

(8) In addition to time previously excluded by the Court, the parties propose that the Court exclude the time period from April 27, 2004, the date the parties' final status conference was to be

held, through the date on which the Court reports the case up to the district court.

DEBRA BOUYER
By Her Attorney

/s/ Martin S. Richey (DLC)
MARTIN S. RICHEY, ESQ.
Federal Defender Office
408 Atlantic Avenue, 3rd floor
Boston, MA 02210
(617) 223-8061

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney
U.S. Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3105

April 30, 2004