UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
03-40038-NMG

UNITED STATES OF AMERICA

v.

DEBRA BOUYER

**ORDER AND**
**FINAL STATUS REPORT**

May 4, 2004

DEIN, M.J.

A Final Status Conference was scheduled to be held before this court on April

27, 2004, pursuant to the provisions of Local Rule 116.5(C).  At the request of the

parties, the conference was cancelled and this court enters the following report based

on the parties' Joint Memorandum (Docket # 21):

1.    The defendant has indicated that she intends to offer a plea of guilty to
      the charge, and the parties have requested that this court return the
      matter to the District Judge to whom this case is assigned for the purpose
      of scheduling a Rule 11 hearing;

2.    Based upon the prior orders of the court dated December 16, 2003,
      January 27, 2004, March 4, 2004, April 13, 2004, and the order entered
      herewith, as of this date, there are thirteen (13) days of non-excludable
      time under the Speedy Trial Act (January 14 - 26, 2004);[1]

---

[1]    Additionally, however, the parties having reported that the defendant has indicated an intention to
enter a plea of guilty, this court hereby orders the entry of excludable time, pursuant to the provisions of 18 U.S.C.
§ 3161(h)(1), commencing on this date, and concluding at the time the defendant offers a plea or unequivocally
communicates to the court that the defendant does not intend to offer a plea of guilty.  See United States v. Mentz,
840 F.2d 315, 330-31 (6th Cir. 1988).

3.    The file is hereby ordered returned to the district judge to whom this case is assigned for further proceedings, including the scheduling of a Rule 11 hearing.


    / s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE