UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
03-40038-NMG

UNITED STATES OF AMERICA

v.

DEBRA BOUYER

**FURTHER ORDER ON EXCLUDABLE TIME**

May 4, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 27, 2004 - May 4, 2004

that being the period between the Final Status Conference as scheduled and the date the case is being returned to the District Judge.[1]

Based upon the prior orders of the court dated December 16, 2003, January 27, 2004, March 4, 2004, April 13, 2004, and this order, as of this date, there are thirteen (13) days of non-excludable time under the Speedy Trial Act (January 14 - 26, 2004).

　　　　　　　　　　　　　　　　　　　　　/ s / Judith Gail Dein
　　　　　　　　　　　　　　　　　　　　　JUDITH GAIL DEIN
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Additionally, however, the parties having reported that the defendant has indicated an intention to enter a plea of guilty, this court hereby orders the entry of excludable time, pursuant to the provisions of 18 U.S.C. § 3161(h)(1), commencing on this date, and concluding at the time the defendant offers a plea or unequivocally communicates to the court that the defendant does not intend to offer a plea of guilty. See United States v. Mentz, 840 F.2d 315, 330-31 (6th Cir. 1988).