**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA,**          Criminal Case

                                    NO. **03-40038-NMG**

   **V.**

**Debra Bouyer,**
        **Defendant**

**NOTICE**

**GORTON,   D.J.**

   PLEASE TAKE NOTICE that the above defendant has been set for a        **Rule 11 Hearing**

on   **MONDAY   JUNE 14, 2004**        at   **11:30AM**

before  Judge     **GORTON**     in U.S. District Court,

**WORCESTER,  MA.**


    **5/19/04**                                  **/S/ Martin Castles**
        Date                                **Deputy Clerk**
                                            **508-929-9904**

**Notice mailed to:**
**Counsel of record**
**Probation**
**Pretrial**
**U.S. Marshals**