UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN 10 P 12: 14
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | CRIMINAL NO. 03-40038-NMG |
| DEBRA BOUYER ) | |

### DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE RULE 11 HEARING

Defendant respectfully moves this Court to continue the Fed.R.Crim.P. 11 hearing in this matter, currently scheduled for June 14, 2004 at 11:30 a.m., to July 1, 2004 at 12:30 p.m.

As grounds for this motion, undersigned counsel and counsel for the government each have court appearances scheduled in Boston on the morning of June 14 which conflict with the Rule 11 hearing in the instant case.

Assistant U.S. Attorney Donald L. Cabell assents to this motion.

DEBRA BOUYER
By her attorney,

/s/ J. Martin Richey
J. Martin Richey
BBO# 559902
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA 02210
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney Donald L. Cabell by delivery on June 9, 2004.

/s/ J. Martin Richey
J. Martin Richey