UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-40038-NMG |
| ) | |
| DEBRA BOUYER ) | |

DEFENDANT'S ASSENTED-TO MOTION
TO CONTINUE SENTENCING

Defendant, with the assent of the government, respectfully moves this Court to continue her sentencing (currently scheduled for October 7, 2004) for approximately 30 days.

As grounds for this motion, defendant states as follows:

1. On July 1, 2004, defendant pled guilty to a single-count indictment charging her with theft of Social Security benefits. Her sentencing is scheduled for October 7, 2004.

2. Defendant expects that the joint sentencing recommendation of the parties will be a sentence of probation, with the special condition that defendant serve 6 months in home confinement. That sentence is within the guideline range as found by the probation department and disclosed in the initial draft of defendant's presentence report.

3. In July, with the approval of the Court and Pretrial Services, defendant moved from Worcester, Massachusetts to Atlanta, Georgia.

4. Defendant has actively been seeking employment in Atlanta since she moved there. The job search was not easy, but defendant has received a good job offer from MCI, and she begins her training at MCI today.

5. Defendant's training period will last two to three weeks, and her attendance during that period is mandatory. If she fails to appear for work during her training period, she

will lose her job. The training period may well extend to and include the October 7, 2004 sentencing date in this case. In any event, defendant will need time to travel from Atlanta to Boston to attend the sentencing hearing, and it appears she will not have sufficient time in light of her training schedule.

6. Defendant's continued employment is in everyone's best interest, including defendant's, her family's (she is a single mother), the government's (defendant will be ordered to pay an amount of restitution in this case to the Social Security Administration), and the court's (a standard condition of probation, and a key component to her successful completion of probation, would be that defendant remain employed).

7. Defendant pled guilty in a timely manner. This matter has been pending for less than one year, and defendant has not previously sought to continue her sentencing.

Assistant United States Attorney Donald L. Cabell assents to this motion.

                              DEBRA BOUYER
                              By her attorney,

                              /s/ J. Martin Richey

                              J. Martin Richey
                                 B.B.O. # 559902
                              Federal Defender Office
                              408 Atlantic Ave., 3rd. floor
                              Boston, MA  02210
                              Tel: 617-223-8061

September 16, 2004