UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-40038-NMG |
| | ) | |
| DEBRA BOUYER | ) | |

### DEFENDANT'S ASSENTED-TO MOTION TO AMEND
### CONDITIONS OF PROBATION

Defendant respectfully moves this Court to amend her conditions of probation to permit her to (1) travel from her home in Atlanta, Georgia to Worcester, Massachusetts from May 27 through May 31, 2005, and (2) be off of electronic monitoring during this period of time.

As grounds for this motion, defendant states as follows:

1.   On November 10, 2004, this Court sentenced defendant to a sentence of three years' probation, with a condition that the first six months of probation be served in home confinement with electronic monitoring.

2.   Defendant lives in Atlanta, Georgia, and is being supervised by U.S. Probation Officer Michael Smith there. Though defendant's supervision has been transferred to Georgia, jurisdiction of the case remains with this Court.

3.   Defendant has abided by her terms of probation thus far. Her period of home confinement is scheduled to terminate on or about June 5, 2005.

4.    Defendant's mother is somewhat elderly and suffers from M.S.  She lives in Worcester, Massachusetts.  She has arranged for housing in Atlanta, and plans to move there so that she can be near defendant.

5.    Defendant's mother cannot make the move on her own. Defendant plans to drive from Atlanta to Worcester to pick her mother up and help move her back to Atlanta.

6.    Undersigned counsel has spoken with U.S. Probation Officer Michael Smith in Atlanta.  Mr. Smith said that he would not object to defendant traveling to Worcester to help her mother move provided that this Court authorizes the trip.  Mr. Smith further said that defendant would be required to "make up" the days she is off of electronic monitoring when she returns (that is, her period of home confinement will be extended by the number of days she is away).

Assistant U.S. Attorney Donald L. Cabell assents to this motion.

                                        DEBRA BOUYER
                                        By her attorney,

                                        /s/ J. Martin Richey

                                        J. Martin Richey
                                          BBO# 559902
                                        Federal Defender Office
                                        408 Atlantic Ave., 3rd Floor
                                        Boston, MA  02210
                                        Tel: 617-223-8061

May 2, 2005