

# MEMORANDUM

To: Craig Nicewicz, Courtroom Clerk for
The Honorable Nathaniel M. Gorton
U.S. District Judge

From: Tracy J. Weisberg
U.S. Probation Officer Assistant

Re: **BOUYER, Debra**
Docket #: 03-40038
**Jurisdiction Transfer**

Date: August 22, 2005

---

Enclosed please find properly executed PF-22 signed by the Northern District of Georgia, agree to accept jurisdiction of this case as of July 28, 2005.

Please forward all the necessary papers to the Clerk of that Court in Atlanta, Georgia in order complete this transaction.

Thank you.

/tw

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tr  'ourt)* 03-40038 | |
|---|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Re  urt)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Debra Bouyer 772 South Pointe Parkway Jonesboro, GA 30238 | DISTRICT DISTRICT OF MASSACHUSETTS | DIVISION Criminal |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Nathaniel M. Gorton | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/10/04 | TO 11  7 |

OFFENSE

Theft of Government Property

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or    ervised releasee named above be transferred with the records of the Court to the United States District Court for the    rthern District of Georgia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly conser   hat the period of probation or supervised release may be changed by the District Court to which this transfer is ma    ithout further inquiry of this Court.*

7/12/05                                             /s/ NM Gorton
_____                                           _____
Date                                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Georgia

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee b    cepted and assumed by this Court from and after the entry of this order.

July 28, 2005                                       _____
Effective Date                                      United States District Judge